**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fidel DIAZ–LEMUS, Defendant–Appellant.**

**No. 11–10002.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.\*

Filed Dec. 30, 2011.

Monte Cress Clausen, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Adam N. Bleier, Law Offices of Adam N. Bleier, Tucson, AZ, for Defendant–Appellant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

### MEMORANDUM **

Fidel Diaz–Lemus appeals from the 12–month sentence imposed following the revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Diaz–Lemus contends that the district court failed to consider the 18 U.S.C. § 3553(a) factors in imposing the consecutive 12–month sentence, and that his sentence is substantively unreasonable. The district court did not procedurally err and Diaz–Lemus' within-Guidelines sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); U.S.S.G. § 7B1.3(a)(1), (f).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.